[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-17077

_____

D.C. Docket No. 3:13-cv-00532-MCR-EMT

JASMIN K. WHITE,

Plaintiff – Appellant,

versus

SACRED HEART HEALTH SYSTEMS, INC.,

Defendant – Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(January 3, 2018)

Before TJOFLAT and JULIE CARNES, Circuit Judges, and BLOOM,[*] District
Judge.

PER CURIAM:

---

[*] Honorable Beth Bloom, United States District Judge for the Southern District of Florida, sitting
by designation.

At the conclusion of a bench trial, the District Court dismissed the plaintiff's claim that the defendant retaliated against her for engaging in protected activity in violation of Title VII.  The Court dismissed the claim because the plaintiff failed to establish that she had engaged in protected activity.  We find no error in the Court's ruling and accordingly affirm its judgment.

**AFFIRMED.**